**98–1733.  State ex rel. Licking Cty. v. Licking Mem. Hosp.**
This cause originated in this court on the filing of a complaint for a writ of mandamus.  Upon consideration of the applications for dismissal of The Advocate and Licking County, Ohio,
IT IS ORDERED by the court that the applications for dismissal be, and hereby are, granted.
ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**98–2224.  State v. Williams.**
Hamilton App. No. C–971091.  This cause is pending before the court as a discretionary appeal and claimed appeal of right.  It appears from the records of this court that appellant has not filed a memorandum in support of jurisdiction, due November 16, 1998, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence.  Upon consideration thereof,
IT IS ORDERED by the court that this cause be, and hereby is, dismissed *sua sponte.*

**98–2347.  State ex rel. Moore v. Craig.**
Cuyahoga App. No. 74728.  This cause is pending before the court as an appeal from the Court of Appeals for Cuyahoga County.  Upon consideration of appellant's application for dismissal,
IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.
ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**98–2464.  Glenwood Homes, Ltd. v. State Auto. Mut. Ins. Co.**
Cuyahoga App. No. 72856.  This cause is pending before the court as a discretionary appeal and cross-appeal.  Upon consideration of the application for dismissal by appellant/cross-appellee, Glenwood Homes, Inc.,
IT IS ORDERED by the court that the application for dismissal by appellant/cross-appellee, Glenwood Homes, Inc., be, and hereby is, granted.
The cross-appeal of Emanuel Diligente remains pending.